DELAWARE HILL DEVELOPMENT COMPANY, INCORPORATED, Appellant, v. DELA-

WARE BUILDING CORPORATION and Another, Defendants, and TUFFLEY BURNER CORPORATION, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.